IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| BRADARI ALTMAN<br><br>                    Plaintiff,<br>   v.<br><br>STOCKTON UNIVERSITY<br>                    Defendant. | Civil No. 19-16595 (RBK/JS) |

**SCHEDULING ORDER**

IT IS this 6th day of **September, 2019**, hereby **ORDERED**:

1. With the consent of the parties, all proceedings in the case are STAYED pending further Order of the Court.

2. The Court will conduct an in-person settlement conference on **October 17, 2019 at 3:00 P.M.**

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                            s/ Joel Schneider
                                            JOEL SCHNEIDER
                                            United States Magistrate Judge

1