

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

CHAMBERS OF
**JOEL SCHNEIDER**
UNITED STATES MAGISTRATE JUDGE

UNITED STATES COURTHOUSE
ONE JOHN F. GERRY PLAZA
Fourth & Cooper Streets, Room 2060
Camden, New Jersey 08101

**LETTER ORDER**
**ELECTRONICALLY FILED**
October 1, 2019

To: All Defense Counsel

Re:     **M.R. v. Stockton University**
        Civil No. 18-11431 (RMB/JS)

        **K.S. v. Stockton University**
        Civil No. 18-11635 (RMB/JS)

        **D.N. v. Stockton University**
        Civil No. 18-11932 (RMB/JS)

        **S.U. v. Stockton University**
        Civil No. 18-12145 (RMB/JS)

        **M.H. v. Stockton University**
        Civil No. 18-12678 (RMB/JS)

        **A.D. v. Stockton University**
        Civil No. 18-13504 (RMB/JS)

        **D.D. v. Stockton University**
        Civil No. 18-13506 (RMB/JS)

        **K.H. v. Stockton University**
        Civil No. 18-15651 (RMB/JS)

        **J.T. v. Stockton University**
        Civil No. 19-7868 (RMB/JS)

        **Altman v. Stockton University**
        Civil No. 19-16595 (RMB/JS)

        **Madle v. Ace European Group Limited**
        Civil No. 19-15713 (RMB/JS)

October 1, 2019
Page 2

Dear Defense Counsel:

    The Court schedules an in-person conference in these matters with just defense counsel on October 21, 2019 at 2:30 p.m. in Courtroom 3C. You are ORDERED to arrange for your clients and their insurers to be available by phone. The purpose of the conference is to gauge the defendants' interest in resolving all of these "Stockton" cases. Plaintiff is not asked to be present at the conference but may be contacted by phone.

                                                  Very truly yours,

                                                  *s/ Joel Schneider*

                                                  JOEL SCHNEIDER
                                                  United States Magistrate Judge

JS:aks
cc: Hon. Renée Marie Bumb
    All counsel via e-file