

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

## State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX
TRENTON, NJ 08625-0

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

October 15, 2020

**Via CM/ECF**
Hon. Joel Schneider, U.S.M.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
Camden, N.J. 08101

    Re: **Bradari P. Altman v. Stockton University**
        **Docket No.: 1:19-cv-16595-RBK-JS**

Dear Judge Schneider:

    As you are aware, I represent Stockton University in the above-referenced matter, which has settled. A stipulation of dismissal will be filed when the settlement documents have been finalized.

    I thank Your Honor for your assistance in facilitating the resolution of this matter.

                              Respectfully submitted,

                              GURBIR S. GREWAL
                              ATTORNEY GENERAL OF NEW JERSEY

                    By: /s/ Jaclyn M. Frey
                          Jaclyn M. Frey
                          Deputy Attorney General

cc: Michael M. Mosca, Esq. (via CM/ECF)



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-3100 • FAX: (609) 943-5853
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*